UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Fortis Corporate Insurance
       Plaintiff(s),

  -against-        **ORDER**
               09 Civ. 6387 (JFK)
Granter Int'l (USA) Co. Ltd.
       Defendant(s).
------------------------------------X

JOHN F. KEENAN, United States District Judge:

  The attorneys for the parties having advised the Court that this action has been or will be settled, and having consented to the entry of this Order, it is hereby

  ORDERED that this action is discontinued, without costs to either party, subject to reopening if settlement is not consummated within   30   days of the date of this Order. If the parties wish to reopen this matter or extend the time within which they may settle it, they must make a letter application before this   30   -day settlement period expires.

  **SO ORDERED.**

Dated: New York, New York
   October 16, 2009

                JOHN F. KEENAN
                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-16-09